FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| RONALD LEE BASKETT,<br><br>    Plaintiff,<br><br> v.<br><br>SPOKANE COUNTY, C/O BYINGTON,<br>HANNAH ELIZABETH STEARNS,<br>KYLE ZELLER, C/O MOLLHOLAND,<br>C/O HENDERSON/ C/O MORRIS, C/O<br>LAURBEAU, C/O MALLORY, C/O<br>RILEY, C/O CRANE, C/O JIMINEX, C/O<br>WATCHEL, and C/O BENNETT,<br><br>    Defendants. | 2:19-cv-00020-SAB<br><br><br><br>**ORDER DENYING LEAVE TO<br>PROCEED *IN FORMA<br>PAUPERIS* AND DISMISSING<br>ACTION** |

By Order filed April 18, 2019, the Court directed Plaintiff to show cause why his application to proceed *in forma pauperis* should not be denied. ECF No. 19. He did not file a response. In the alternative, Plaintiff was instructed he could pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) to commence his action under 28 U.S.C. § 1914. He did not do so. In addition, Plaintiff has not kept the Court apprised of his current address and has filed nothing further in this action.

As noted in the prior Order, given that Plaintiff has brought at least three other cases that were dismissed as frivolous, malicious or for failure to state a

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION ~ 1**

claim, it appears he has lost the privilege of filing additional suits *in forma pauperis* unless he can demonstrate that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g); *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff has not made this showing.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Application to proceed *in forma pauperis*, ECF No. 2, 10, is **DENIED**.

2. This action is **dismissed** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

3. All pending motions are **dismissed** as moot.

4. The District Court Executive is directed to enter judgment in favor of Defendants and against Plaintiff.

5. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

**DATED** this 12th day of June 2019.



Stanley A. Bastian
United States District Judge

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION ~ 2**