# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2019

SEAN F. McAVOY, CLERK

RONALD LEE BASKETT,

*Plaintiff*

v.

SPOKANE COUNTY, C/O BYINGTON, HANNAH ELIZABETH STEARNS, KYLE ZELLER, C/O MOLLHOLAND, C/O HENDERSON, C/O MORRIS, C/O LAURBEAU, C/O MALLORY, et al.

*Defendant*

Civil Action No. 2:19-cv-00020-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Application to proceed in forma pauperis (ECF No. 2, 10) is DENIED. This action is dismissed for non-payment of the filing fee as required by 28 U.S.C. 1914. Judgment is entered in favor of the Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian.

Date: 6/12/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen